UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| L.M. INSURANCE CORPORATION, ) | **JUDGMENT** |
| Plaintiff ) | |
| ) | No. 5:09-CV-389-H |
| v. ) | |
| ) | |
| TRANS-AGRI, INC., ) | |
| Defendant. ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge upon review of Magistrate Judge David W. Daniel's recommended decision.**

**IT IS ORDERED, ADJUDGED AND DECREED the court adopts the recommendation of the magistrate judge as its own and enters default against the defendant Trans-Agri, Inc.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED plaintiff's motion for default judgment is granted. Judgment is entered in favor of plaintiff L.M. Insurance Corporation and against defendant Trans-Agri, Inc. in the amount of $5,567,276.00.**

This Judgment Filed and Entered on September 15, 2011 with service on:

Paul B. Hlad (via cm/ecf Notice of Electronic Filing)
Webster G. Harrison (via cm/ecf Notice of Electronic Filing)
Mary M. Webb (via cm/ecf Notice of Electronic Filing)
Dean Edmondson, President, Trans-Agri, Inc. (P.O. Box 10947, Goldsboro, NC 27532-0947)
Dean Edmondson, President, Trans-Agri, Inc. (114 N. Marion Dr., Goldsboro, NC 27530)
Glenn A. Barfield (Prior counsel for the defendant - P.O. Drawer 7, Goldsboro, NC 27533-0007

Date: September 15, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk